UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGORY L. GRIFFITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-470-RLB** |
| **O'REILLY AUTOMOTIVE STORES, INC.** | **CONSENT CASE** |

## ORDER

This matter is before the court on Defendant's Motion for Partial Reconsideration of Discovery Order (R. Doc. 23) filed on December 16, 2015. Defendant requests reconsideration of the portion of the court's ruling on Plaintiff's Motion to Compel Discovery entered on December 9, 2015 (R. Doc. 22) providing that Defendant waived all objections to Plaintiff's Second Set of Requests for Production of Documents with the exception of applicable privileges, immunities, or other protections from disclosure.

Plaintiff's Second Set of Request for Production of Documents seeks the production of the personnel and/or work files of six of Defendant's current or former employees. Defendant represents that in a telephone conference held on November 13, 2015, Plaintiff's counsel agreed that Defendant's production of the personnel and/or work files would not include certain documentation.[1]

Considering the relief sought by Defendant, and the need to maintain the current Scheduling Order deadlines,

---

[1] The Motion represents that the following would not be produced: wage information and records; benefits information and records; tax information and records; banking information and records; garnishment information and records; drug testing information and records; medical information and records; healthcare information and records; insurance information and records; leave information and records; worker's compensation information and records; unemployment compensation information and records; unrelated company policies; unrelated corrective actions; and unrelated complaints and investigations; customer information; company sales information; and company pricing information. (R. Doc. 23-1 at 2).

**IT IS ORDERED** that Plaintiff must file its response, **if any**, to Defendant's Motion for Partial Reconsideration of Discovery Order (R. Doc. 23), on or before **December 23, 2015**.

Any response filed by Plaintiff shall address whether the court apply the limitations that the Motion represents were agreed upon by the parties regarding the scope of material to be provided in response to Plaintiff's Second Set of Requests for Production of Documents. If no response is filed, the Court will assume that the requested relief is unopposed.

**IT IS FURTHER ORDERED** that Defendant's duty to respond to Plaintiff's Second Set of Requests for Production of Documents is stayed pending resolution of the Motion for Partial Reconsideration.

Signed in Baton Rouge, Louisiana, on December 18, 2015.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**